

**ZACHARY W. CARTER**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHIRA SISKIND**
*Assistant Corporation Counsel*
Phone: (212) 356-2414
Fax: (212) 356-3509
*ssiskind@law.nyc.gov*

March 20, 2015

**BY E.C.F. & FACSIMILE**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   <u>Rashad Frasier v. City of New York, et al.</u>
            14-CV-00773 (RRM) (CLP)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled. The Stipulation and Order of Dismissal will be submitted as soon as it is executed.

       We thank the Court for its assistance throughout this litigation.

                            Respectfully submitted,

                            *Shira Siskind*

                            Shira Siskind
                            Assistant Corporation Counsel
                            Special Federal Litigation Division

cc:   <u>By E.C.F.</u>
      Paul Prestia, Esq.
      *Attorney for Plaintiff*